BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-0222-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| JOLENE CHAN, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Preliminary Hearing on September 5, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 27, 2013, at 2:00 p.m.
3. This is the second request to move the defendant's preliminary hearing.

///

4. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: September 4, 2013     /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: September 4, 2013     /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Jolene Chan
(as authorized on September 3, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED, this 5th day of September, 2013.

Hon. EDMUND F. BRENNAN
United States Magistrate Judge