BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-0222-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| JOLENE CHAN, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Preliminary Hearing on September 27, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until November 8, 2013, at 2:00 p.m.
3. This is the third request to move the defendant's preliminary hearing.

///

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
5. The defendant is presently out of custody and subject to the supervision of a Pretrial Services Officer.
6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: September 26, 2013    /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: September 26, 2013    /s/ Michael L. Chastaine
                             MICHAEL L. CHASTAINE
                             Attorney for Jolene Chan
                             (as authorized on September 25, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  September 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE