1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:13-MJ-0222-DAD
                                     )
12          Plaintiff,               )
                                     ) STIPULATION AND ORDER
13      v.                           ) CONTINUING PRELIMINARY HEARING
                                     ) DATE
14  JOLENE CHAN,                     )
                                     )
15                                   ) Judge: Hon. Edmund F. Brennan
            Defendant.               )
16                                   )
                                     )
17  _____     )

18                          **STIPULATION**

19      The United States, by and through its undersigned counsel, and

20  the defendant, by and through her counsel of record, hereby stipulate

21  as follows:

22    1. This matter was previously set for a Preliminary Hearing on

23       November 8, 2013.

24    2. By this Stipulation, the parties now move to continue the

25       Preliminary Hearing until December 13, 2013, at 2:00 p.m.

26    3. This is the fourth request to move the defendant's preliminary

27       hearing.

28  ///

4. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. The defendant is presently out of custody and subject to the supervision of a Pretrial Services Officer.

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: November 6, 2013          /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: November 6, 2013          /s/ Michael L. Chastaine
                                 MICHAEL L. CHASTAINE
                                 Attorney for Jolene Chan
                                 (as authorized on November 6, 2013)


### ORDER

IT IS SO FOUND AND ORDERED, this 7th day of November, 2013.


EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE